IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RANDY LEE SAMPSON,**

    **Plaintiff,**

v.                                      Case No. 1:24-cv-130-AW-MAF

**ALACHUA COUNTY JAIL,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 5), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now approve the recommendation for dismissal. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will terminate ECF No. 4 and then close the file.

SO ORDERED on October 4, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge